PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Steven Montgomery**          Case Number: **1:01CR00055**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **March 11, 2002**

Original Offense: **Marijuana Distribution**

Original Sentence: **30 month(s) prison, 24 month(s) supervised release**

Type of Supervision: Supervised Release          Date Supervision Commenced: **May 14, 2004**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Condition #7: You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician; On October 22, 2004 and November 4, 2004 Montgomery submitted urine samples that tested positive for Marijuana. |

U.S. Probation Officer Action: **The probation officer plans to require the offender to attend additional treatment sessions and support group meetings.**

Respectfully submitted,                          Approved,

by  *John Cole*                                  by  *John C. Cole*
John Cole                                        Supervising U. S. Probation Officer
U. S. Probation Officer                          Date: Dec. 1, 2004
Date:   **December 1, 2004**

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

12/1/04
Date