UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.   Steven Montgomery
   Defendant.

Case No. 1:01cr055 (12)
(Hogan, M.J.)

FILED
JAMES BONINI
CLERK
2005 JAN 13 AM 3:54

## CRIMINAL MINUTES before
## Magistrate Judge Timothy S. Hogan

Courtroom Deputy: ~~Barbara Crum~~ Arthur Hill
Court Reporter: Mary Ann Ranz
Date/Time: 1-13-05 @ 9:30 am

United States Attorney: Timothy Oakley   Defendant Attorney: John Keller, CJA apptd

*Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; or [X] petition for supervised release*
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[X] Government moves for defendant to be detained ~~pending detention hearing~~
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed.

*Detention Hearing:* [X] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____   Defendant Witness_____
[ ] OR   [ ] Secured with _____   [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set  1-20-05 @ 1:00 pm

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses:_____   Defendant Witnesses: _____
_____   _____
AUSA Exhibits:_____   Defendant Exhibits:_____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict   [ ] Info   [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: