# United States District Court

__Southern__ DISTRICT OF __Ohio (Western Division)__

FILED
JAMES BONINI
2005 JAN 13 AM 3:54
CLERK
S.T. OHIO
CINCINNATI

USA v. Steven Montgomery

**NOTICE**

CASE NUMBER: 1:01cr055(12)

TYPE OF CASE:
☐ CIVIL   ☒ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse Building Cincinnati, OH | 708 |
| | DATE AND TIME |
| | 1-20-05 @ 1:00 pm |

TYPE OF PROCEEDING

Probable Cause Hearing on Supervised Release Violation.

☐ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

**James Bonini, Clerk**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_Arthur Hill_
(BY) DEPUTY CLERK

1-13-05
DATE

TO: AUSA
USM
Prob
Δ's counsel