# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

United States of America,
        Plaintiff,

        v.

Steven Montgomery,
        Defendant.

Case No.  1:01cr55-12
(Weber, Sr., J.; Hogan, MJ)

---

## ORDER APPOINTING COUNSEL

---

The Defendant has filed with this Court a financial affidavit which shows his/her inability to retain counsel.

Therefore, John T. Keller, Esq., 2345 Kemper Lane, P.O. Box 6129, Cincinnati, Ohio 45206-0129, 513-872-5166, is hereby appointed to represent the Defendant in this supervised release revocation matter.

IT IS SO ORDERED.

Date____1/13/05____

awh        January 13, 2005

J:\CRUMBA\Criminal\CNSLAPPT.WPD

Timothy S. Hogan
United States Magistrate Judge

# FINANCIAL AFFIDAVIT

**CJA 23** (Rev. 5/96)

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF _____ VS. _____

FOR _____

AT _____

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

Steven Montgomery

**DOCKET NUMBERS**

Magistrate

District Court  1:01cr55 (12)

Court of Appeals

| | |
|---|---|
| 1 ☐ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☒ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

---

## ASSETS

### EMPLOYMENT

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed

Name and address of employer: LD Contractors  Ft. Wright, KY

IF YES, how much do you earn per month? $ 1,000

IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☒ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

RECEIVED | SOURCES

### CASH

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

VALUE | DESCRIPTION

---

## OBLIGATIONS & DEBTS

### DEPENDENTS

**MARITAL STATUS**

☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them: 2 Sons

### DEBTS & MONTHLY BILLS

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Rent | | $ | $ 400 |
| Child Support | | $ 5,000 | $ 240 |
| Fine | | $ 2,000 | $ 75 |
| Electric | | $ | $ 74 |

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1/6/05

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED)  ▶ X Steve Montgomery