SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

Steven Montgomery
Defendant.

Case No. 1:01cr055
(Hogan, M.J.)

2005 JAN 20  AM 6:48

FILED
JAMES BONINI

## CRIMINAL MINUTES before
### Magistrate Judge Timothy S. Hogan

Courtroom Deputy: Arthur Hill
Court Reporter: Mary Ann Ranz
Date/Time: 1-20-05 @ 1:00

United States Attorney: Robert Brichler     Defendant Attorney: John Keller

*Initial Appearance Hearing on* [] Complaint; [] Indictment; [] Information; or [] petition for supervised release
[ ] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
*Special Conditions of Release:* [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

*(Preliminary Exam:)* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on* [] *Indictment or* [] *Information:*
Defendant waives reading of: [ ] Indict     [ ] Info  [ ] Indict Read    [ ] Info Read
Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge Weber

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: