AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

2005 JAN 20 AM 6:49

<u>Southern</u> DISTRICT OF <u>Ohio (Western Division)</u>

UNITED STATES OF AMERICA

v.

Steven Montgomery

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1: 01 cr 055

I, <u>Steven Montgomery</u>, charged in a (complaint) (petition) pending in this District with <u>Attempt to Possess Marihuana w Intent to Distribute</u> in violation of Title <u>21</u>, U.S.C., <u>846</u>,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

✓
Defendant

/s/ Steven Montgomery

1/20/2005
Date

Counsel for Defendant