IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: CR-1-01-55 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| STEVEN MONTGOMERY, | : | |
| Defendant | : | |

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Monday, January 31, 2005 at 4:00 p.m.

**IT IS SO ORDERED.**

    ___s/Herman J. Weber_____
    Herman J. Weber, Senior Judge
    United States District Court

*Rev.5/01*

Case 1:01-cr-00055-HJW    Document 670    Filed 01/24/2005    Page 2 of 2