AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ OHIO

UNITED STATES OF AMERICA

V.

STEVEN MONTGOMERY

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:  CR-01-55-12

I, _____ Steven Montgomery _____ , charged in a ☐ complaint  X petition

pending in this District     for Revocation of Supervised Release _____

in violation of _____ Condition #7 of Supervised Release _____ , U.S.C., _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P.,
including my right to have a          X examination    ☐ hearing   , do hereby waive (give up) my right to a prelim-
inary  X examination    ☐ hearing.

_____
Defendant

1/31/05
Date

_____
Counsel for Defendant