UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - SUPERVISED RELEASE REVOCATION HEARING**

UNITED STATES OF AMERICA
     -vs-                                              CASE NO. CR-1-01-55-12
**STEVEN MONTGOMERY**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Robert Brichler
DEFENSE: John T. Keller

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Amy Thomas

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Darlene Maury

Probation Officer John D'Alessandro

DATE: Monday, January 31, 2005
TIME: 4:00 p.m. - 5:05 p.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING. Defendant present with counsel. Judgment Order to issue on or before 2/2/05.

Defendant admits violations. The Court finds that defendant has violated his Conditions of Supervised Release.

**IT IS ORDERED** that the conditions of defendant Steven Montgomery's Supervised Release be **REVOKED** and the defendant is sentenced to the Bureau of Prisons for a period of 9 mos. Deft is ordered to pay the balance of the fine (originally imposed). Court recommends substance abuse treatment.

Defendant advised of right to appeal.

Defendant **REMANDED** to custody of the U.S. Marshal.